# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. ANDERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEVE MOORE, Warden,<br><br>　　　　　Respondent. | Case No. SACV 08-0849-AHS (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED:　　January 10, 2011

　　　　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE