# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES W. ANDERSON,

             Petitioner,

        v.

STEVE MOORE, Warden,

             Respondent.

Case No. SACV 08-0849-AHS (JEM)

**J U D G M E N T**

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:   __January 10, 2011__

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE